■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALZY WILLIAMS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hellenbrand, J.), rendered August 31, 1983, convicting him of robbery in the first degree and assault in the first degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

There was a sufficient degree of resemblance between the defendant and the other individuals who sat in the lineup with him to dispel any claim of undue suggestiveness *(see, People v Accoo,* 126 AD2d 730; *People v Gairy,* 116 AD2d 733, *lv denied* 67 NY2d 942; *People v Scott,* 114 AD2d 915, *lv denied* 67 NY2d 765). Thus, the hearing court properly determined that the complainant's lineup and in-court identifications of the defendant were admissible. Mollen, P. J., Bracken, Niehoff and Lawrence, JJ., concur.